**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7667**

———————

LARRY WILLIAMS,

                Plaintiff - Appellant,

      v.

S. WARDEN BODISON; WARDEN F. THOMPSON; CAPTAIN BRITENHART;
GOODWING GEORGE; LT. D. MAGHEE; WARDEN HUNTED; SGT. WILSON;
JON OZMINT; NFN  MAHAFF; SGT. SANFORD; NFN  JEFFERSON,

                Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Mary G. Lewis, District Judge.
(2:14-cv-04289-MGL)

———————

Submitted:  February 23, 2016    Decided:  February 26, 2016

———————

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Larry Williams, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Williams appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Bodison, No. 2:14-cv-04289-MGL (D.S.C. Sept. 21, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED